**Order filed December 8, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-01089-CV
_____

**ROGUE INVESTMENTS, LIMITED LIABILITY CO., Appellant**

**V.**

**TEXAS TARTS, INC., AND KRISTIN TROSTLE, Appellees**

On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2011-52509

## O R D E R

Appellant's brief was due November 14, 2016. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 29, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM